United States District Court
Southern District of Texas
FILED

MAY 3 1 2019

David J. Bradley, Clerk

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Serapio HERNANDEZ-Fuentes**

AKA:
IAE          YOB: 1959
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:          **M-19-1245-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____**May 28, 2019**_____ in ___**Hidalgo**___ County, in the ___**Southern**___ District of ___**Texas**___ defendants(s) did,
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___  **(Felony)**
I further state that I am a(n) ___**Deportation Officer**___ and that this complaint is based on the following facts:

On May 28, 2019, Serapio HERNANDEZ-Fuentes a citizen of Mexico was encountered by Immigration Officers at the Mission City Jail in Mission, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 30, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on August 30, 2012 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about January 15, 2019 by wading the Rio Grande River at or near Hidalgo, Texas. On August 26, 2003, the defendant was convicted of Aggravated Assault W/Deadly Weapon and sentenced to five (5) years probation.

Continued on the attached sheet and made a part of this complaint:          ☐ Yes  ☒ No

Complaint approved by AUSA _____

_____
Signature of Complainant

**Alfonso Lemming          Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

**May 31, 2019**          8:31 a.m.          at          McAllen, Texas
Date                                                                City and State

**Peter E. Ormsby          U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer